FILED
AUG 15 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jeffrey North #22170-038 )
USP- McCreary
330 Federal Way
PO B 1870
v.  Pine Knot, Ky. 42635

Case: 1:08-cv-01439
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/15/2008
Description: FOIA/Privacy Act

United States Department of Justice )

## CIVIL COMPLAINT

### PARTIES

1) The plaintiff is an incarcerated pro se litigant located at USP McCreary 330 Federal Way, PO Box 1870, Pine Knot KY 42635.

2) The defendant, U.S. Department of Justice (DOJ) is a government agency located at 950 Pennsylvania Ave. N.W. Washington, DC 20530-0001 Tel. 202-353-1555.

### ADDITIONAL PARTIES

1) Drug Enforcement Administration, Washington, DC 20537.

2) Bureau of Alcohol, Tobacco, Firearms, and Explosives, Washington, DC 20226-0001.

3) Executive office for United States Attorneys, FOIA Staff, 600 E. Street, N.W., Suite 7300, Bicentenial Building, Washington, DC 20530-0001.

### JURISDICTION

This Court has jurisdiction over this matter pursuant to

RECEIVED
AUG 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

28 U.S.C. § 1331 and/or 5 U.S.C. § 552 (a)(4)(B).

FACTS

On or about September 17, 2007 the Drug Enforcement Administration improperly withheld records when it denied an FOIA request by Mr. North for documents/records which contain debriefing statements of Gianpaolo Starita. On or about December 31, 2007 remedies were exausted on this matter when the Office of Information and Privacy denied an appeal.

On or about July 17, 2007 the Bureau of Alcohol, Tobacco, Firearms and Explosives improperly withheld records when it denied an FOIA request by Mr. North for documents/records which contain debriefing statements of Gianpaolo Starita. On or about Decenmer 11, 2007 the Office of Information and Privacy granted Mr. North's appeal and remanded his FOIA request to the ATF with instructions to search for responsive records. On or about March 24, 2008 Mr. North recevied a notice from the ATF indicating that a search of it's records did not locate the requested information. On March 4, 2008 Mr. North appealed the sufficiency of the ATF's to the Office of Informatuion and privacy, as of this date there has been no response by the OIP, therefore, pursuant to 5 U.S.C. 552 § 552 (a)(6)(C) the OIP's failure to timely respond constitutes an exaustion of remedies on this matter.

On or about August 9, 2007 the Executive Office for United States Attorneys denied a request for documents/records that would indicate when the grand jury which returned a superseding indictment against Mr. North was convened for the first time and if there were any extensions of time applied for and/or granted,

2

such records were therefore improperly withheld. On or about the OIP granted an appeal by Mr. North and remanded his request to the EOUSA with instructions to search for responsive records. On or about March 31, 2008 Mr. North received a notice from the EOUSA that it had conducted a search for records in the United States Attorney's Office for the District of Massachusetts revealed no responsive records. As a matter of law this response does not indicate that the search was sufficient, an agency must search all files likely to contain responsive materials in order to conduct an adequate search and must indicate such in response to an FOIA request.

On August 15, 2007 Mr. North made an FOIA request to the EOUSA for a copy of a grand jury subpoena issued in his name in case of USA v. Paul DeCologero. The EOUSA denied this request on July 31, 2007 pursuant to 5 U.S.C. § 552(b)(3) "matters specifically exempted by statute" and Fed. R. Crim. P. 6(e) which provides that grand jury proceedings shall be secret. On November 5, 2007 the OIP denied an appeal on this issue at which point remedies were exausted. The subpoena was improprely withheld.

### RELIEF REQUESTED

Mr. North moves this court to order the Drug Enforcement Agency to release all records containing statements made by Gianpaolo Starita, order the ATF to conduct a full and adequate search of all files likely to contain documents containing statements made by Gianpaolo Starita which would be the records that the OIP previously ordered to be released. Order the EOUSA to conduct a full and adequate search of all files likely to

3

contain responsive records, and order the EOUSA to release the grand jury subpoena issued in his name in the DeCologero case.

Order the U.S. Department of Justice to pay court costs and other fees and expenses.

Signed this day the 22nd of July, 2008.

*Jeffrey North*

I declare under the pains and pelalties of perjury that the foregoing is true and correct to the best of my knowledge and memory.

*Jeffrey North*

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Jeffrey North, 22170-038
USP McCreary, 330 Federal Way,
P.O. Box 1870, Pine Knot, KY 42635

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

88886

## DEFENDANTS
U.S. Department of Justice
950 Pennsylvania Ave. N.W.,
Washington, DC 20530-0001

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __11001__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TF

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jeffrey North pro se
USP McCreary, 330 Federal Way,
P.O. Box 1870, Pine Knot, KY 42635

A`

Case: 1:08-cv-01439
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/15/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. *General Civil (Other)* OR ☒ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

/3/

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552
28 USC § 1331, DOJ improperly withheld records pursuant to an FOIA request

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $    Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  N.F.  (See instruction)  ☐ YES ☒ NO   If yes, please complete related case form.

DATE 7-22-08  SIGNATURE OF ATTORNEY OF RECORD  [signature] pro-se
8-15-08

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

I:\forms\js-44.wpd