UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFREY NORTH**    ) | |
| ) | **Civil Action No. 1:08-cv-01439 (CKK)** |
| **Plaintiff,**    ) | |
| ) | |
| v.    ) | |
| ) | |
| **U.S. DEP'T. OF JUSTICE, et al.,**    ) | |
| ) | |
| **Defendants.**    ) | |
| _____) | |

**MOTION FOR IN CAMERA REVIEW OF DEA DECLARATION**

The United States Department of Justice ("DOJ") and its component, the Drug Enforcement Agency ("DEA"), by and through undersigned counsel, respectfully files this Motion for In Camera Review of the UNREDACTED DEA Declaration, pursuant to Fed. R. Civ. P. 5.2(d) and L. Civ. R. 5.2(j).

On Wednesday, December 21, 2011, Defendant DEA filed its Renewed Motion for Summary Judgment, along with a REDACTED Declaration in support of its renewed motion. (Dk. Entry No. 126. The redacted declaration was filed because the unredacted declaration contains sensitive information that cannot be filed on the public record. In its haste to make the necessary preparations for the filing of such a declaration by the filing deadline, Counsel did not file a motion to seal. However, in order to protect the information within the unredacted declaration from disclosure, Defendant now files this Motion for In Camera Review.

There is good cause for the filing of this motion. This matter involves records that should not be disclosed, and are specifically authorized under criteria established by statute. Therefore, it is necessary that this information be protected from disclosure. As this Circuit has indicated, courts are permitted to review law enforcement sensitive declaration ex parte and in camera cases. Lykins v.

United States, 725 F.2d 1455 (D.C. Cir. 1984). See Hayden v. NSA, 608 F.2d 1381, 1384 (D.C. Cir. 1979). Therefore, Defendant respectfully requests that this Motion for In Camera Review be granted. Defendant has not contacted Pro se Plaintiff, who is incarcerated, to obtain his position on the filing of this motion. However, there is good cause to grant the relief requested. A proposed Order consistent with the relief requested in this Motion is attached hereto.

Dated: December 22, 2011     Respectfully submitted,

    RONALD C. MACHEN JR.
    UNITED STATES ATTORNEY
    D.C. BAR NUMBER 447889

    RUDOLPH CONTRERAS, D.C. Bar No. 434122
    Chief, Civil Division
    Assistant United States Attorney

By:    _____/s/_____
    RHONDA L. CAMPBELL, D.C. Bar No. 462402
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 514-9519
    Rhonda.campbell@usdoj.gov

    Counsel for Defendant United States

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFREY NORTH**        ) | |
| )                         | Civil Action No. 1:08-cv-01439 (CKK) |
| **Plaintiff,**           ) | |
| )                         | |
| v.                       ) | |
| )                         | |
| **U.S. DEP'T. OF JUSTICE, et al.,** ) | |
| )                         | |
| **Defendants.**          ) | |

**ORDER**

This matter is before the Court on Defendant's Motion for In Camera Review of Sensitive Declaration. Upon consideration of this Motion and the entire record of this case, it is this _____ day of _____, 2011,

**ORDERED** that Defendant's motion should be and hereby is GRANTED.

Dated this ____ day of ____, 2011.

_____
Colleen Kollar-Kotelly
United States District Judge